UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRANDI TUCKER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>ORGANON USA, INC.,<br><br>　　　　　Defendants. | Case No:  C 13-0728 SBA<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

　　　　Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Phyllis J. Hamilton to consider whether it is related to <u>Mirna Gonzalez, et al. v. Organon USA Inc., et al.</u>, Case No. C 12-6161 PJH.

　　　　IT IS SO ORDERED.

Dated:  February 25, 2013

　　　　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

N:\K…\Civil\13-0728 - Tucker - Order for Determination of Related Cases.docx