UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRANDI TUCKER, et al., | Case No:  C 13-0728 SBA |
| Plaintiffs, | **ORDER STRIKING BRIEF** |
| vs. | Dkt. 17 |
| ORGANON USA, INC., | |
| Defendants. | |

Plaintiffs have filed an eighteen-page motion to remand. Dkt. 17.  Under this Court's Standing Orders, the maximum page limit for motions and oppositions thereto is <u>fifteen</u> pages.  Dkt. 9 at 5.  The Standing Orders further state that any brief filed "in an improper manner or form shall not be received or considered by the Court."  <u>Id.</u>; <u>see</u> <u>Swanson v. U.S. Forest Serv.</u>, 87 F.3d 339, 345 (9th Cir. 1996) (courts have discretion to strike oversized briefs).  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiffs' motion (Dkt. 17) is STRICKEN from the record.  Plaintiffs shall have until March 15, 2013 to refile their motion in conformity with the Court's Standing Orders.  Plaintiffs shall re-notice their motion in accordance with Civil Local Rule 7-2.

IT IS SO ORDERED.

Dated:  March 11, 2013

SAUNDRA BROWN ARMSTRONG
United States District Judge

N:\K….\Civil\13-0728 - Tucker - Order Striking Brief.docx